IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| AMERICAN INTERSTATE INSURANCE COMPANY, | : : : |
| Plaintiff, | : : |
| v. | : : |
| STUBBS METAL CONSTRUCTION, INC., | : : : |
| Defendant. | : : : |

CASE NO.: 7:24-cv-00107 (WLS)

## ORDER

Before the Court is a Stipulation of Dismissal (Doc. 15), filed by the Parties on August 29, 2025. Therein, the Parties stipulate to the dismissal of the above-captioned case with prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For the purpose of completing the record, the Court acknowledges and **ACCEPTS** the Parties' Stipulation (Doc. 15). Therefore, the above-captioned action is **DISMISSED**, **WITH PREJUDICE**. The Parties shall bear their own costs. Plaintiff's claims against Defendants having now been resolved, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 3rd day of September 2025.

        /s/ W. Louis Sands
        **W. LOUIS SANDS, SR. JUDGE**
        **UNITED STATES DISTRICT COURT**

1