IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| AMERICAN INTERSTATE INSURANCE COMPANY, | * |
| | * |
| Plaintiff, | Case No. 7:24-cv-107 (WLS) |
| v. | * |
| STUBBS METAL CONSTRUCTION, INC., | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 3, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 3rd day of September, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk